UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO: 05-186

KERRY DE CAY                                SECTION: "J"

### ORDER

This Order clarifies the Court's order of September 11, 2008 (Rec. Doc. 369).

To the extent that Defendant's **Motion to Expedite Appointment of Counsel and Request for Extension of Time for Writ of Garnishment Hearing until such Counsel is Appointed (Rec. Doc. 368)** is not moot, the motion is **DENIED** as a matter of law. A garnishment proceeding to collect restitution imposed in a criminal sentence is a civil proceeding. 18 U.S.C § 3613(f). There is no automatic right to the appointment of counsel; and in a civil case a federal court has considerable discretion in determining whether exceptional circumstances require appointment of counsel. Salmon v. Corpus Christi Indep. School Dist. 911

F.2d 1165, 1166 (5th Cir. 1990).  Defendant has not presented sufficiently exceptional circumstances to satisfy this Court that appointment of counsel in this civil garnishment proceeding is necessary.  It is further noted by the Court that Defendant has retained counsel in other matters pending in this case, which further indicates the lack of exceptional circumstances.  Accordingly,

**IT IS ORDERED** that Defendant's **Motion to Expedite Appointment of Counsel and Request for Extension of Time for Writ of Garnishment Hearing until such Counsel is Appointed (Rec. Doc. 368)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 12th day of September, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE